UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRYL A. LARKINS,<br>Petitioner, | )<br>)<br>) |
| v. | ) NO. 3:06-CV-00837<br>) CHIEF JUDGE HAYNES |
| JOHN HOWERTON, Warden<br>Respondent. | )<br>)<br>) |

*[Handwritten notation: Denied, This motion no granted, will [signature] 9-26-13]*

## PETITIONER'S MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF 25 PAGES

Pursuant to LR 7.01(a), Petitioner Darryl Larkins respectfully moves for leave to file a Motion for Summary Judgment and Incorporated Memorandum that exceeds 25 pages. Larkins needs to file such a lengthy document because he must comprehensively address the record at his state-court rape trial and must also describe the subsequent investigation and discovery of exculpatory materials. Plus he must argue multiple constitutional theories for habeas-corpus relief, and must address defenses raised by the State. He believes that his Motion is no longer than necessary to clearly state his case and address the issues, and he submits that this Motion for Summary Judgment will facilitate the efficient resolution of his case. Therefore, he respectfully requests leave to file the Motion in excess of 25 pages.

Respectfully submitted,

_s/ Michael C. Holley_
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Darryl Larkins